UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO T. FOULKS,

  Petitioner,

        v.                                    Case No. 14-cv-01237-JPG

UNITED STATES OF AMERICA,

  Respondent.

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Antonio T. Foulks' Motion (Doc. 1) to Vacate, Set Aside or Correct his sentence pursuant to 28 U.S.C. § 2255.  The United States of America has filed a Response (Doc. 4) and requested a hearing on this issue of whether Petitioner timely requested that his attorney pursue an appeal.

The Government's Request for a Hearing is **GRANTED**.  This matter is set for video hearing on the sole issue of whether Petitioner timely requested that his attorney pursue an appeal on **March 19, 2015 at 9:30 a.m.**

  IT IS SO ORDERED.

  DATED:   2/11/2015

                                       s/J. Phil Gilbert
                                       **J. PHIL GILBERT
                                       DISTRICT JUDGE**