UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO T. FOULKS,

     Petitioner,

          v.                       Case No. 14-cv-01237-JPG

UNITED STATES OF AMERICA,        Criminal No. 08-cr-30110

     Respondent.

**MEMORANDUM AND ORDER**

     This matter comes before the Court on Attorney Patricia J. Koprucki' Motion and Amended Motion to Withdraw as Cousel (Doc. 7 & 8).   Ms. Koprucki was appointed to represent petitioner Antonio T. Foulks' at the evidentiary hearing with regard to Foulks' pending § 2255 motion.

     The Court finds that Attorney Koprucki has a conflict in this matter and hereby **GRANTS** Motion and Amended Motion to Withdraw as Counsel (Doc. 7 & 8).

     The Court further finds that Petitioner is still unable to afford counsel and accordingly, the Court hereby **ORDERS** that, pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings and 18 U.S.C. § 3006A, CJA Panel counsel shall be appointed to represent Foulks for the *purposes of this hearing only*.

     Should it become apparent after the hearing that further briefing on Foulks' § 2255 motion is necessary, the Court will enter an appropriate order at that time.

**IT IS SO ORDERED.**

**DATED:**  5/7/2015               *s/J. Phil Gilbert*
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**